# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3435

_____

United States of America

*Plaintiff - Appellee*

v.

Terrell Simpson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: May 6, 2016
Filed: May 17, 2016
[Unpublished]

_____

Before GRUENDER, ARNOLD, SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Terrell Simpson challenges the district court's[1] finding that he violated the conditions of his supervised release and argues that the district court abused its

---

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

discretion in sentencing him to two years in prison. Additionally, his counsel has moved to withdraw. We conclude that the district court did not clearly err in its factual findings, or abuse its discretion in sentencing Simpson. *See United States v. Miller*, 557 F.3d 910, 914-917 (8th Cir. 2009) (standards of review); *United States v. Meyer*, 483 F.3d 865, 869 (8th Cir. 2007) (discussing reliability of sweat-patch results).

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the district court.

_____